HILL, APPELLEE, v. THE STATE OF OHIO, APPELLANT.

[Cite as *Hill v. State*, 139 Ohio St.3d 451, 2014-Ohio-2365.]

(No. 2013–1043—Submitted May 28, 2013—Decided June 12, 2014.)

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Mansaray v. State*, 138 Ohio St.3d 277, 2014-Ohio-750, 6 N.E.3d 35.

Judgment reversed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____

The Owen Firm, L.L.C., and Todd A. Long, for appellee.

Michael DeWine, Attorney General, Alexandra T. Schimmer, Solicitor General, and Samuel C. Peterson, Deputy Solicitor, for appellant.